S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> HERACLIO SANCHEZ RODRIGUEZ, a/k/a/ "Charlie," a/k/a/ "Danny Sanchez," CHRISTINA REYNA QUINTANA, a/k/a/ "Lete," and TAMARA DENISE BREN, <br><br> Defendants. | No. 3:23-cr-00051-SLG-KFR |

**MOTION TO DISMISS INDICTMENT AS TO DEFENDANTS
SANCHEZ RODRIGUEZ, QUINTANA, AND BREN**

COMES NOW the United States of America, by and through undersigned counsel,

and hereby respectfully moves to dismiss this indictment as to defendants Heraclio Sanchez

Rodriguez, Christina Quintana, and Tamara Bren only, pursuant to Fed. R. Crim. P. 48(a).

The grand jury has reindicted Sanchez Rodriguez and Bren in *United States v. Sanchez*

*Rodriguez et al.*, No. 3:23-cr-00090-SLG, and has reindicted Quintana in *United States v. Quintana et al.*, No. 3:23-cr-00091-RRB. Accordingly, the Government moves to dismiss this indictment as to those three defendants.

This motion does not affect the charges against defendants Veronica Sanchez, Amy Garcia, and Erika Badillo, which remain pending in this case.

RESPECTFULLY SUBMITTED this 27th day of October 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023,
I served the foregoing document by
mail to the following case participant:

Ken Therrien
Lance C. Wells
Michael A. Moberly
Chelsea L. Thompson

*/s/ Christopher D. Schroeder*
Assistant United States Attorney