# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRIEDA GILLESPIE,

Defendant.

No. 3:23-cr-00051-RRB-KFR-14

## ORDER ON MOTION TO AMEND CONDITIONS OF RELEASE

Upon due consideration of Defendant's Motion to Expedite at Docket 560 and Unopposed Motion to Amend Conditions of Release at Docket 561, the motions are GRANTED.

IT IS HEREBY ORDERED that the Amended Conditions of Pretrial Release filed at Docket 485-1 are amended to remove paragraphs 7(p)(i), regarding a curfew, and 7(q)(i), regarding location monitoring. All other conditions remain in effect as previously ordered.

DATED this 26th of September 2024, at Anchorage, Alaska.

KYLE F. REARDON
United States Magistrate Judge
District of Alaska